BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JACK B. HAYCOCK, IDAHO STATE BAR NO. 2942
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. CR-20-61-E-BLW |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | 18 U.S.C. § 1001(a)(2) |
| CHRISTEN MEEKS, | |
| Defendant. | |

The Grand Jury charges:

### COUNT 1

**False Statement or Representation Made to an Agency**
**18 U.S.C. § 1001(a)(2)**

On or about August 15, 2019, in the District of Idaho, the defendant, CHRISTEN MEEKS, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating to Deputy United States Marshal Ryan Weishaar,

**INDICTMENT - 1**

that she had not seen a wanted subject, Samiir Afraid of Bear, and that he was not in her residence, which she then knew to be false because she had allowed him to enter her residence, in violation of Title 18, United States Code, Section 1001(a)(2).

Dated this 29th day of February, 2020.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
JACK B. HAYCOCK
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 2